IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.S., A CHILD,

      Petitioner,

v.                                    Case No.  5D16-794

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 24, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and
Laura Klossner, Assistant Public Defender,
Orlando, for Petitioner.

No appearance, for Respondent.


PER CURIAM.

The petition seeking a belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as a notice of appeal from the January 25, 2016, judgments and sentences in Case Nos. 2015-CJ-002732-A-O and 2015-CJ-005982-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, COHEN and EDWARDS, JJ., concur.